# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: In re In re Samir Jakupovic     Case Number: 23-15263

An appearance is hereby filed by the undersigned as attorney for:
Siemens Financial Services, Inc.

Attorney name (type or print): Arlene N. Gelman

Firm: Vedder Price, P.C.

Street address: 222 N. LaSalle Street, Suite 2600

City/State/Zip: Chicago, IL 60601

Bar ID Number: 6225631     Telephone Number: 312-609-7500
(See item 3 in instructions)

Email Address: agelman@vedderprice.com

| Question | Answer |
|---|---|
| Are you acting as lead counsel in this case? | ✓ Yes ☐ No |
| Are you acting as local counsel in this case? | ☐ Yes ✓ No |
| Are you a member of the court's trial bar? | ☐ Yes ☐ No N/A |
| If this case reaches trial, will you act as the trial attorney? | ☐ Yes ☐ No N/A |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
   If appointed counsel, are you
   ☐ Federal Defender
   ☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 11/30/2023

Attorney signature:     S/ Arlene N. Gelman
                        (Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015